```
FILED
May 10, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JAKE WEATHERS, ) <br> Defendant. ) <br> ) | Case No. CR.S-10-0178-MCE <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JAKE WEATHERS, Case No. CR.S-10-0178-MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $50,000.00.

  _X_ Unsecured Appearance Bond

  ___ Appearance Bond with Surety

  _X_ (Other) <u>Conditions as stated on the record.</u>

  ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  <u>Sacramento, CA</u>  on  <u>05-10-10</u>  at <u>2:46 p.m.</u>

By  /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge