1  HAYES H. GABLE III
   Attorney at Law
2  State Bar No. 60368
   428 J Street, Suite 350
3  Sacramento, CA 95814
   (916) 446-3331
4  Fax: (916) 447-2988

5  Attorney for Defendant
   JAKE WEATHERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 2:10-cr-00178-MCE |
| Plaintiff, | **STIPULATION AND ORDER RE: VACATING STATUS OF COUNSEL HEARING AND CONTINUING FOR STATUS CONFERENCE** |
| v. | |
| **JAKE WEATHERS,** | Hon. Morrison C. England, Jr. |
| Defendant(s). | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Russell Carlberg, and defendant Jake Weathers, by and through his attorney of record, Hayes H. Gable III, agree and stipulate to vacate the existing Status of Counsel Hearing in the above-captioned action, August 19, 2010, and to continue the matter to August 26, 2010, at 9:00 a.m., for status conference.

The Court has previously excluded time to commence trial under Local Code T4 on June 23, 2010, to, and including , August 26, 2010.

///

///

///

1  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

2  DATE: August 9, 2010

3                                          s/Hayes H. Gable, III
                                        **HAYES H. GABLE, III**

4                                          Attorney for Defendant
                                        **JAKE WEATHERS**

5

6                                          s/Hayes H. Gable, III for
                                        **RUSSELL CARLBERG**
                                        Asst. U.S. Attorney

7

8                                   **ORDER**

9

10          IT IS SO ORDERED.

11

12    Dated:  August 10, 2010

13                                      MORRISON C. ENGLAND, JR.

14                                      UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28