DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GLENN WATKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S. 10-0178-MCE |
| Plaintiff, ) | **AMENDED STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| v. ) | |
| JAKE WEATHERS, et al., ) | Judge: Hon. Kimberly J. Mueller |
| Defendants. ) | |

GLENN WATKINS, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, KEVIN WATKINS, by and through his counsel, DAN F. KOUKOL, the United States Government, by and through its counsel, RUSSELL CARLBERG, Assistant United States Attorney, and RENEE BASURTO, United States Pretrial Service Officer hereby agree to modify the defendants' conditions of release as follows:

Special condition number nine, for GLENN WATKINS, which now states that the defendant "shall not associate or have any contact with any co-defendants unless in the presence of counsel or otherwise approved in advance by the pretrial services officer", shall be amended to read "You shall not associate or have any contact with any co-defendants, with the exception KEVIN WATKINS, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer.

Neither defendant shall discuss their case outside the presence of their attorney."

Special condition number eight, for KEVIN WATKINS, which now states that the defendant "shall not associate or have any contact with any co-defendants, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer", shall be amended to read "You shall not associate or have any contact with any co-defendants, with the exception GLENN WATKINS, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer.  Neither defendant shall discuss their case outside the presence of their attorney."

The primary reason for this modification is that defendant GLENN WATKINS and co-defendant KEVIN WATKINS are brothers, and as family members, have a need to regularly associate with each other.  GLENN WATKINS and KEVIN WATKINS have kids and depend on one another's family for childcare.  The original condition prevented the brothers from having any association without an attorney being present or without the approval of pretrial services.

Accordingly, all parties agree that GLENN WATKINS and KEVIN WATKINS will be permitted to associate and have contact with one another without the presence of counsel or the advance approval by the

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2

1 | pretrial services officer. However, neither defendant shall discuss
2 | their case outside the presence of their attorney.
3 | DATED: November 3, 2010          Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    /S/ Dennis S. Waks
    DENNIS S. WAKS
    Supervising Assistant Federal Defender
    Attorney for Defendant
    GLENN WATKINS

    /S/ Dennis S. Waks
    DAN F. KOUKOL, attorney for
    KEVIN WATKINS

DATE: November 3, 2010           BENJAMIN B. WAGNER
                                 United States Attorney

                                 /S/ Dennis S. Waks for
                                 RUSSELL CARLBERG
                                 Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: November 3, 2010.

_____
U.S. MAGISTRATE JUDGE

3