1  HAYES H. GABLE III
   Attorney at Law
2  State Bar No. 60368
   428 J Street, Suite 350
3  Sacramento, CA 95814
   (916) 446-3331
4  Fax: (916) 447-2988

5  Attorney for Defendant
   JAKE WEATHERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff, <br> vs. <br> **JAKE WEATHERS,** <br> Defendant(s). | Case No. 2:10-cr-00178 MCE <br><br> **STIPULATION AND ORDER RE: CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** <br><br> Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Russell Carlberg, and defendant Jake Weathers, by and through his attorney of record, Hayes H. Gable III, agree and stipulate to vacate the existing status conference in the above-captioned action, April 26, 2012, and to continue the matter to May 17, 2012, at 9:00 a.m., for status conference.

The reason for this continuance is that defense counsel and the Government are in the process of negotiating a potential settlement of this case as well as a separate indictment, Cr. S-11-0458 GEB, with the objective of settling both matters simultaneously.

///

///

1  The parties further agree and stipulate that the period from April 26, 2012, until May 17, 2012,
2  should be excluded in computing time for commencement of trial under the Speedy Trial Act, based
3  upon the interest of justice under 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) and Local Code T4, to allow
4  continuity of defense counsel and to allow reasonable time necessary for effective defense
5  preparation.

6  It is further agreed and stipulated that the need of defense counsel to prepare exceeds the
7  defendant's and the public's best interests in commencing trial within the 70 day-Speedy Trial time
8  period.

9  Accordingly, the parties respectfully request the Court adopt this proposed stipulation
10 DATE: April 27, 2012

11                                       s/Hayes H. Gable, III
                                         **HAYES H. GABLE, III**
12                                       Attorney for Defendant
                                         **JAKE WEATHERS**
13
                                         s/Hayes H. Gable, III for
14                                       **RUSSELL CARLBERG**
                                         Asst. U.S. Attorney
15

16                                       **ORDER**

17     IT IS SO ORDERED.

18

19
   Dated: May 2, 2012
20
                                         _____
21                                       MORRISON C. ENGLAND, JR.
                                         UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28