1  HAYES H. GABLE III
   Attorney at Law
2  State Bar No. 60368
   428 J Street, Suite 350
3  Sacramento, CA 95814
   (916) 446-3331
4  Fax: (916) 447-2988

5  Attorney for Defendant
   JAKE WEATHERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 2:10-cr-00178-MCE |
| Plaintiff, | **STIPULATION AND ORDER RE: CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| **JAKE WEATHERS,** | |
| Defendant(s). | Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Russell Carlberg, and defendant Jake Weathers, by and through his attorney of record, Hayes H. Gable III, agree and stipulate to vacate the existing status conference in the above-captioned action, May 17, 2012, and to continue the matter to June 14, 2012, at 9:00 a.m., for status conference.

The reason for this continuance is that defense counsel and the Government are in the process of negotiating a potential settlement of this case as well as a separate indictment, Cr. S-11-0458 GEB, with the objective of settling both matters simultaneously.

///

1  The parties further agree and stipulate that the period from May 17, 2012, until, June 14, 2012,
2  should be excluded in computing time for commencement of trial under the Speedy Trial Act, based
3  upon the interest of justice under 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) and Local Code T4, to allow
4  continuity of defense counsel and to allow reasonable time necessary for effective defense
5  preparation.
6      It is further agreed and stipulated that the need of defense counsel to prepare exceeds the
7  defendant's and the public's best interests in commencing trial within the 70 day-Speedy Trial time
8  period.
9      Accordingly, the parties respectfully request the Court adopt this proposed stipulation
10 DATE: May 14, 2012

11       s/Hayes H. Gable, III
      **HAYES H. GABLE, III**
12       Attorney for Defendant
      **JAKE WEATHERS**
13
      s/Hayes H. Gable, III for
14       **RUSSELL CARLBERG**
      Asst. U.S. Attorney
15

16       **ORDER**

17     GOOD CAUSE APPEARING, in that it is the stipulation of the parties: IT IS HEREBY
18 ORDERED that the status conference scheduled for May 17, 2012 at 9:00 a.m. is vacated and the
19 matter is set for status conference on June 14, 2012, at 9:00 a.m., and that the period from May 17,
20 2012 to June 14, 2012 is excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4.
21 The Court finds that the ends of justice served by taking the action ordered outweigh the best interest
22 of the public and the defendant in a speedy trial.
23     IT IS SO ORDERED.
24 Dated: May 16, 2012
25
26       MORRISON C. ENGLAND, JR.
27       UNITED STATES DISTRICT JUDGE
28