```
HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
(916) 446-3331
Fax: (916) 447-2988

Attorney for Defendant
JAKE WEATHERS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>            Plaintiff,<br><br>    vs.<br><br>**JAKE WEATHERS,**<br>            Defendant(s). | 2:10-cr-00178 MCE<br><br>**STIPULATION AND ORDER RE: CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Hon. Morrison C. England, Jr. |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Russell Carlberg, and defendant Jake Weathers, by and through his attorney of record, Hayes H. Gable III, agree and stipulate to vacate the existing status conference in the above-captioned action, June 21, 2012, and to continue the matter to August 2, 2012, at 9:00 a.m., for status conference.

The reason for this continuance is that defense counsel and the Government are in the process of negotiating a potential settlement of this case as well as a separate indictment, Cr. S-11-0458 GEB, with the objective of settling both matters simultaneously.

///

1     The parties further agree and stipulate that the period from June 21, 2012, until, August 2, 2012,
2 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based
3 upon the interest of justice under 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) and Local Code T4, to allow
4 continuity of defense counsel and to allow reasonable time necessary for effective defense
5 preparation.
6        It is further agreed and stipulated that the need of defense counsel to prepare exceeds the
7 defendant's and the public's best interests in commencing trial within the 70 day-Speedy Trial time
8 period.
9        Accordingly, the parties respectfully request the Court adopt this proposed stipulation
10 DATE: June 19, 2012

11     s/Hayes H. Gable, III
    **HAYES H. GABLE, III**
12     Attorney for Defendant
    **JAKE WEATHERS**
13
    s/Hayes H. Gable, III for
14     **RUSSELL CARLBERG**
    Asst. U.S. Attorney
15
16                **ORDER**
17
18        Pursuant to counsel's stipulation, IT IS SO ORDERED.  The status conference in this matter
19 set for June 21, 2012, is hereby continued to August 2, 2012,  at 9:00 a.m. in Courtroom No. 7.
20
21   Dated: June 21, 2012
22
23                 MORRISON C. ENGLAND, JR.
                UNITED STATES DISTRICT JUDGE
24
25
26
27
28