BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2748

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-00178-MCE |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| JAKE WEATHERS, | ) | |
| Defendant. | ) | |

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. The co-defendants in this case have pleaded guilty.

2. By previous order of the Court, issued on June 21, 2012, this matter was set for status conference on August 2, 2012, and time was excluded under the Speedy Trial Act for defense preparation.

///

///

1

3. To date, the government has provided thousands of pages of discovery. This discovery consists of mortgage loan files, escrow company records, banking records, and FBI-related materials, such as witness interview summaries and related material. Additionally, Mr. Weathers is charged in a second, unrelated mortgage fraud case, which adds a layer of complexity to his defense in this case.

4. Because of the large volume of materials and the complex legal and factual issues in this case, counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review discovery for this matter, to discuss potential resolution, to prepare pretrial motions, and to otherwise prepare for trial.

5. Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The government does not object to the continuance.

7. Therefore, it is requested that the status conference presently set for **August 2, 2012** be continued to **September 27, 2012** at 9:00 a.m. At that date, the parties expect to be in a better position to resolve the case via a plea or to set the matter for trial.

///

8.  Based on the above-stated facts, the parties stipulate and agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. The time between August 2, 2012 and September 27, 2012, inclusive, should be excluded from the Speedy Trial Act under 18 U.S.C. § 3161(h)(7)(B)(iv)(Local T-4), for defense preparation.

9.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: July 31, 2012                    BENJAMIN B. WAGNER
                                        United States Attorney


                                   By:   /s/ Russell L. Carlberg
                                        RUSSELL L. CARLBERG
                                        Assistant U.S. Attorney


                                        /s/
                                        HAYES GABLE*
                                        Attorney for JAKE WEATHERS


*Signed with permission

///

///

///

3

**ORDER**

For the reasons stated above, which the Court adopts as its findings, the Court continues the status conference currently set for August 2, 2012 to September 27, 2012 at 10:00 a.m., and excludes under the Speedy Trial Act the time period of **August 2, 2012** to **September 27, 2012**, inclusive, under 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], defense preparation, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

August 2, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE